**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ROBERT ALEXANDER, a citizen of Nevada,  Plaintiff,  v.  CHARLES F. BOND, a citizen of Minnesota, and COKeM INTERNATIONAL, LTD., a Minnesota corporation,  Defendants. | Case No.: 04-1323 (PAM/JSM)  **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation entered into by the parties through their respective counsel, filed via ECF on November 28, 2005 and given Docket No. 244, and upon all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action shall be, and hereby is, dismissed with prejudice, and with no right of appeal, and without costs or disbursements being awarded to any party.

Date: November 29, 2005         s/ Paul A. Magnuson
                                Paul A. Magnuson
                                United States District Court Judge